Melissa Calabrese, Pro se
2449 South El Camino Real
San Clemente, CA 92672-3351
T. 949.369.6679
F. 949.369.9674
enviromed@msn.com

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 2 5 2022
CENTRAL DISTRICT OF CALIFORNIA
BY DVE   DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA CALABRESE,<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE BAR OF CALIFORNIA<br><br>Defendant | NO: 5:22-cv-00524-JWH (KKx)<br><br>REQUEST FOR APPOINTMENT OF PRO BONO COUNSEL<br><br>COMPLAINT OF DISABILITY DISCRIMINATION IN VIOLATION OF THE AMERICANS WITH DISABILITIES ACT |

In exceptional circumstances, the court may request counsel to voluntarily provide representation. 28 U.S.C. § 1915(e)(1); see Mallard v. U.S. Dist. Court, 490 U.S. 296, 301-10, 109 S. Ct. 1814, 104 L. Ed. 2d 318 (1989) Plaintiff was granted exceptional circumstances in related, active case CACD 5:19-cv-02492-CBM (SPx) by Judge Pym on 12-08-21. There is no change of circumstance in this case. This request is concurrently filed with my IFP application. Appointment of pro bono counsel is respectfully requested.

_Melissa Calabrese_

Melissa Calabrese   03-25-22

1