Melissa Calabrese, Pro se
2449 South El Camino Real
San Clemente, CA 92672-3351
T. 949.369.6679
F. 949.369.9674
enviromed@msn.com

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 2 5 2022

CENTRAL DISTRICT OF CALIFORNIA
BY  DVE                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MELISSA CALABRESE, | NO: 5:22-cv-00524-JWH (KKx) |
|---|---|
| Plaintiff, | |
| vs. | REQUEST FOR IFP MARSHAL SERVICE |
| THE STATE BAR OF CALIFORNIA | COMPLAINT OF DISABILITY DISCRIMINATION IN VIOLATION OF THE AMERICANS WITH DISABILITIES ACT |
| Defendant | |

If my application to proceed in forma pauperis is granted, I request service of the summons, complaint and related documents by the U.S. Marshal to the State Bar of California.

_____

Melissa Calabrese

March 25, 2022

1