# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 22-00524-JWH (KKx) | Date | August 24, 2022 |
| Title | Melissa Calabrese v. The State of California | | |

Present: The Honorable  **KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE**

| Donnisha Brown | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** **(IN CHAMBERS) ORDER**

In light of the Court's order denying appointment of pro bono counsel (dkt. 27), Plaintiff shall file a notice of substitution of counsel demonstrating she has retained counsel **no later than September 21, 2022**. If Plaintiff fails to timely file a notice of substitution of counsel, Plaintiff's conditional IFP status will be revoked and denied and the action dismissed. See dkt. 12.

Initials of Preparer   dsb